HAWK & WETHERBEE, Appellant, *v.* WILLIAM J. GAYNOR, as Mayor of the City of New York, et al., Respondents.

*Hawk & Wetherbee* v. *Gaynor,* 159 App. Div. 888, affirmed.

(Argued February 26, 1914; decided June 9, 1914.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered November 21, 1913, which affirmed an order of Special Term denying a motion to continue *pendente lite* a preliminary injunction restraining the defendants from enforcing the provisions of the public hack ordinance in the city of New York.

The following questions were certified: "I. May public hack stands, as defined in the public hack ordinance, adopted by the board of aldermen of the city of New York, and approved by the mayor of said city June 2, 1913, be located and maintained alongside the curb adjacent to the property of the plaintiff mentioned in the complaint and known as the Hotel Manhattan, in the city of New York, and used by the plaintiff for hotel purposes, without the consent and against the protest of the plaintiff ? II. Is section 3 of article V of the public hack ordinance, in so far as it attempts to authorize the location and maintenance of public hack stands alongside the curb adjacent to the property leased to and occupied and used by plaintiff as a hotel, without the consent and against the protest of the plaintiff, a valid and lawful enactment ? "

*Ernest J. Ellenwood, William Henry Corbitt* and *Walter T. Stern* for appellant.

*Frank L. Polk, Corporation Counsel (Terence Farley* of counsel), for respondents.

Order affirmed, with costs, and questions certified answered in the affirmative on opinion in *Waldorf-Astoria Hotel Co.* v. *City of New York* (212 N. Y. 97).

Concur: WILLARD BARTLETT, Ch. J., WERNER, HISCOCK, CHASE, COLLIN, HOGAN and MILLER, JJ.